<u>NOT FOR PUBLICATION</u>

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| DAIICHI PHARMACEUTICAL CO., LTD. and DAIICHI PHARMACEUTICAL CORPORATION,<br><br>Plaintiffs,<br><br>v.<br><br>APOTEX, INC. and APOTEX CORP.,<br><br>Defendants. | Civ. No. 03-937 (WGB)<br><br><u>**ORDER**</u> |

    This matter having come before the Court on Plaintiffs' motion *in limine* to preclude Defendants from asserting an affirmative defense of alleged improper inventorship pursuant to 35 U.S.C. § 102(f); and

    The Court having considered the submissions of counsel and having held oral argument; and

    For the reasons set forth in the Court's Memorandum Opinion issued this day; and

    For good cause shown;

    IT IS on this 1st day of November, 2005, hereby ORDERED that Plaintiffs' motion to preclude Defendants from asserting an affirmative defense of alleged improper inventorship is **granted.**

    /s/ William G. Bassler
    WILLIAM G. BASSLER U.S.S.D.J.