<u>NOT FOR PUBLICATION</u>

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| DAIICHI PHARMACEUTICAL CO., LTD. and DAIICHI PHARMACEUTICAL CORPORATION,<br><br>          Plaintiffs,<br><br>v.<br><br>APOTEX, INC. and APOTEX CORP.,<br><br>          Defendants. | Civ. No. 03-937<br>     (WGB)<br><br><br><u>O R D E R</u> |

This matter having come before the Court on Plaintiff's motion to exclude DTX 113, 118, 120, 121, 123-126, 128, 129, 132-134, 137-140, 152, 153, 163, 181, and 218 submitted by Defendants; and

The Court having considered the submissions of the parties; and having decided the Motion without oral argument pursuant to Fed. R. Civ. P. 78; and

For the reasons set forth in the Court's Memorandum Opinion; and

For good cause shown;

It is on this 25th day of July 2006 ORDERED that Plaintiff's motion to exclude is **GRANTED**.

/S/ WILLIAM G. BASSLER
William G. Bassler, U.S.S.D.J.